IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE 1 and JANE DOE 1, in their own capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as a parent of CHILD DOE 3 and on behalf of those similarly situated,**<br>　　　　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**PERKIOMEN VALLEY SCHOOL DIST., JASON SAYLOR, MATTHEW DORR, ROWAN KEENAN, DON FOUNTAIN, KIM MARES, REENA KOLAR, SARAH EVANS-BROCKETT, LAURA WHITE, and TAMMY CAMPLI,**<br>　　　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br>**NO.  22-cv-287** |

# O R D E R

**AND NOW**, this 25th day of January, 2022, upon consideration of Plaintiffs' Motion to Allow Plaintiffs To Proceed Under Pseudonyms (ECF No. 3), **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Wendy Beetlestone**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**