IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as a parent of CHILD DOE 3 and on behalf of those similarly situated,<br>Plaintiffs,<br><br>v.<br><br>PERKIOMEN VALLEY SCHOOL DIST., JASON SAYLOR, MATTHEW DORR, ROWAN KEENAN, DON FOUNTAIN, KIM MARES, REENA KOLAR, SARAH EVANS-BROCKETT, LAURA WHITE, and TAMMY CAMPLI,<br>Defendants. | CIVIL ACTION<br><br>NO. 22-cv-287 |

## TEMPORARY RESTRAINING ORDER

**AND NOW**, this 25th day of January, 2022, upon consideration of Plaintiffs'

Emergency Motion for a Temporary Restraining Order (ECF No. 4), and the Defendants'

brief in opposition thereto,

**WHEREAS** Plaintiffs will likely suffer irreparable harm, including exposure to

present and existential threats to health and safety, increased risk of serious bodily injury

and/or death, and lost instructional time in the absence of a temporary restraining order;

**WHEREAS** no adequate remedy at law exists to redress Plaintiffs' injuries;

**WHEREAS** there is a substantial likelihood that Plaintiffs will succeed on the merits;

**WHEREAS** the potential harm to Plaintiffs if a temporary restraining order is denied

outweighs the potential harm to Defendants if it is granted;

**WHEREAS** the public interest is best served by enjoining and restraining Defendants' conduct and protecting the status quo until this matter is resolved;

It is **HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. It is **FURTHER ORDERED** that:

1. Defendants, their agents, servants, employees, attorneys, and all persons in active concert or participation with any of them, are **ENJOINED** from implementing or enforcing the Board of School Directors of the Perkiomen Valley School District's December 13, 2021 decision to rescind the universal masking policy previously instituted by the School Board on August 9, 2021, and from taking any other action to rescind that policy that is not in compliance with applicable law.

2. The Perkiomen Valley School District and the School Board shall immediately notify the entire School District by all means possible that universal masking is still required.

3. Plaintiffs may **FILE** a motion for a preliminary injunction no later than January 28, 2022, and Defendants' brief in opposition shall be due on February 1, 2022.

4. The Parties shall **APPEAR** for a hearing on Plaintiffs' Motion for a Preliminary Injunction on February 4, 2022 at 10:00AM in Courtroom 10A.

This Order shall remain in effect for fourteen days, until February 8, 2022, or until this Court orders otherwise.

BY THE COURT:

_____

WENDY BEETLESTONE, J.