IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as a parent of CHILD DOE 3 and on behalf of those similarly situated,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>PERKIOMEN VALLEY SCHOOL DIST., JASON SAYLOR, MATTHEW DORR, ROWAN KEENAN, DON FOUNTAIN, KIM MARES, REENA KOLAR, SARAH EVANS-BROCKETT, LAURA WHITE, and TAMMY CAMPLI,<br>　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 22-cv-287 |

**O R D E R**

**AND NOW**, this 28th day of January, 2022, upon consideration of Plaintiffs' Emergency Motion to Enforce Temporary Restraining Order Holding Defendants in Contempt and Awarding Sanctions (ECF No. 15), and the Defendants' Response thereto (ECF No. 17), it is **HEREBY ORDERED** that Plaintiffs' Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**