

10 Sentry Parkway
 Suite 200 P.O. Box 3001
Blue Bell, PA 19422-3001
Tel (610) 397-6500  Fax (610) 397-0450
www.foxrothschild.com

BRIAN E. SUBERS
Direct No: 610.397-6516
Email: BSubers@FoxRothschild.com

February 1, 2022

**VIA ECF**
The Hon. Wendy Beetlestone, U.S.D.J.
U.S. District Court, ED of PA
601 Market Street
Philadelphia, PA 19106-1797

    Re:    **Doe 1, et al v. Perkiomen Valley School District, et al.**
            **Docket No. 2:22-cv-00287**

Dear Judge Beetlestone:

    Pursuant to Your Honor's January 25, 2022 Order, Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction is due today. Given the complex, important nature of this matter and Defendants' desire for the Court to have as much information as possible, Defendants respectfully request permission to file an overlength brief. Defendants do intend for the brief to exceed 45 pages. We have attempted to obtain the consent of Mr. De Gisi, Plaintiffs' counsel, but as of the filing of this letter have not received a response to our inquiry.

    Thank you for your kind consideration of this request.

Respectfully submitted,

*[signature]*

Brian E. Subers

Cc: All counsel of record (via ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

130158944.1