IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as a parent of CHILD DOE 3 and on behalf of those similarly situated,<br>　　　　　Plaintiffs,<br><br>v.<br><br>PERKIOMEN VALLEY SCHOOL DIST., JASON SAYLOR, MATTHEW DORR, ROWAN KEENAN, DON FOUNTAIN, KIM MARES, REENA KOLAR, SARAH EVANS-BROCKETT, LAURA WHITE, and TAMMY CAMPLI,<br>　　　　　Defendants. | CIVIL ACTION<br><br>NO.  22-cv-287 |

**O R D E R**

**AND NOW**, this 1st day of February, 2022, upon consideration of Defendants' Letter dated February 1, 2022 (ECF No. 22), it is **HEREBY ORDERED** that Defendants' request to file an overlength brief is **GRANTED**.

BY THE COURT:

/s/ Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**