# Exhibit JJ

 COVID-19 Main Page      Testing Information      Vaccine Information      Press Conferences       

# COVID-19 Data HUB

## Explore information, maps and data about the coronavirus outbreak in Montgomery County, PA.

The Montgomery County COVID-19 data hub will be updated weekly on Monday, Wednesday & Friday (excluding holidays).

On November 15, 2021, the PA Department of Health began counting reinfection cases in their total case count. For consistency in reporting, Montgomery County will also incorporate reinfection

Translate

Share

 **COVID-19 Main Page**    **Testing Information**    **Vaccine Information**    **Press Conferences**

reinfection cases will provide a more accurate count of disease in the community.

ADDSTYLE

# COVID-19 Vaccine Data

This section provides data and information on Pennsylvania's COVID-19 vaccination plan. The vaccination provider map is maintained by the Pennsylvania Department of Health (PA DOH) and shows facilities that are, or will be, providing COVID-19 vaccinations. The PA DOH dashboard provides statewide totals on vaccinations by county. These maps are not maintained or updated by Montgomery County and are provided for informational purposes.

For more vaccine information please visit Montgomery County's *vaccine information page* or Pennsylvania's *vaccine information page.*

Translate                                                                          Share

 **COVID-19 Main Page**     Testing Information     Vaccine Information     Press Conferences





# Vaccine Providers

The Pennsylvania Department of Health has discontinued the the state vaccine provider map. You can locate a vaccine provider near you by using the CDC's vaccine finder tool.

View Map

Translate                                                                                          Share

 COVID-19 Main Page      Testing Information      Vaccine Information      Press Conferences





# PA DOH Vaccine Dashboard

View the Pennsylvania Department of Health's COVID-19 vaccine dashboard for more detailed data on vaccine distribution.

View Dashboard

Translate                                                                                          Share

 **COVID-19 Main Page**      **Testing Information**      **Vaccine Information**      **Press Conferences**

The dashboard below shows COVID-19 hospitalizations and ventilator use in Montgomery county.  These totals represent all COVID-19 patients that are in Montgomery County hospitals regardless of whether or not they are county residents.  This information will be updated daily as long as the PA DOH updates their data.

*You can download hospitalization data from Pennsylvania's Open Data Site or view Pennsylvania's hospitalization dashboard here.*

Translate                                        Share



COVID-19 Main Page      Testing Information      Vaccine Information      Press Conferences

| **433** | **133** | **296** | |
|---|---|---|---|
| In Montgomery County Hospitals | COVID & Non-COVID Patients | In Montgomery County Hospitals | In Montg |

### Daily COVID-19 Hospitalizations and Ventilator Usage



County Maps & Data

Translate                                                          Share

 COVID-19 Main Page      Testing Information      Vaccine Information      Press Conferences

section only pertains to those individuals that have been verified as Montgomery County residents and received a positive test.

*Updated January 31, 2022 - 1:45 P.M.*

**NOTE:** The daily new cases for LTC facilities and MCCF that are listed below are included in the daily countywide case total.  Staff members at these facilities are not included in the positive numbers.

*You can view more data on COVID-19 outbreaks at long term care facilities by visiting the PADOH page.*

Daily New Cases

# 1,382

*Montgomery County Residents
January 28-31, 2022*

Translate                                                                    Share

 COVID-19 Main Page      Testing Information      Vaccine Information      Press Conferences

## 23

*Residents in LTC Facilities*
*January 28-31, 2022*

## Daily New Cases

## 7

*Inmates at MCCF*
*January 28-31, 2022*

Translate                                                                                          Share

 COVID-19 Main Page     Testing Information     Vaccine Information     Press Conferences

# 116,531

*Countywide*
*Since March 7, 2020*

Daily New Deaths

# 9

*Montgomery County Residents*
*January 28-31, 2022*

Translate                                                      Share



COVID-19 Main Page      Testing Information      Vaccine Information      Press Conferences

# 1,565

*Countywide*
*Since March 7, 2020*

## Incidence & Positivity Data

Below is a chart showing the daily positivity rate and the fourteen day positivity rate for the county.  It shows all tests performed on Montgomery County residents not just tests from the county run testing site.  Use the date filter to to show historical information.  This chart will be updated daily (Monday-Friday) with data stopping five days prior. This allows us to report data more accurately and account for any reporting delays from the testing facility.

*You can view the county's overall incident rate by visiting Pennsylvania's COVID-19 Early Warning Monitoring System Dashboard*

Translate                                                                                           Share

 COVID-19 Main Page     Testing Information     Vaccine Information     Press Conferences

Translate                                                                 Share

 **COVID-19 Main Page**     **Testing Information**     **Vaccine Information**     **Press Conferences**

Tuesday afternoon with data ending Thursday of the previous week. The school districts are color coded to match the CDC guidance.

Changes in prevention strategies including masking and screening would be recommended when there are 2 consecutive weeks of increase or decrease in transmission levels.

Translate                                                                                                    Share

 COVID-19 Main Page     Testing Information     Vaccine Information     Press Conferences

 COVID-19 Main Page     Testing Information     Vaccine Information     Press Conferences

The applications below are provided to explore COVID-19 positive cases in Montgomery County.  Positive case data is provided by municipality, age, gender, and date of report, race data is only provided for death information.

*View a more mobile friendly version of the daily case dashboard here.*  *Go To Dashboard*

*Download municipal case data in a spreadsheet format here.*  *Get Data*

**NOTE:** There are sixty-nine cases with unknown municipal locations not shown on the 30 day municipal case map.

Translate                                                                                          Share



COVID-19 Main Page        Testing Information        Vaccine Information        Press Conferences



# 14 Day Case Average

Fourteen day running average of positive COVID-19 cases in Montgomery County

| View Chart |
|:---:|

Translate                                                                                      Share



COVID-19 Main Page     Testing Information     Vaccine Information     Press Conferences



# Municipal Case Dashboard

Positive COVID-19 cases within the last 30 days for each municipality in Montgomery County.

View Map

Translate                                                                                    Share

 COVID-19 Main Page      Testing Information      Vaccine Information      Press Conferences

| Avg Age | Min Age | Max Ag |
|---|---|---|
| AVG | MIN | MAX |
| 46.5822 | 0 | 110 |
| 49.4532 | 0 | 104 |
| 41.3796 | 1 | 89 |
| 38 | 18 | 62 |
| 48.0016 | 0 | 102 |
| 40.1648 | 10 | 94 |
| 38.0289 | 0 | 95 |
| 43.3374 | 0 | 90 |
| 35.678 | 5 | 89 |
| 51.2462 | 0 | 104 |
| 49.1796 | 0 | 104 |



## Demographic Case Data

Positive COVID-19 case data by municipality, age, gender, and date of report.

| View Dashboard |
|---|

# COVID-19 Death & Demographic Data

Translate                                                                              Share



COVID-19 Main Page      Testing Information      Vaccine Information      Press Conferences



## COVID-19 Deaths

COVID-19 deaths by municipality for Montgomery County Pennsylvania.

| View Map |
|---|

Translate                                                                                       Share

 **COVID-19 Main Page**     **Testing Information**     **Vaccine Information**     **Press Conferences**



| Avg Age | Min Age | Max Ag |
|---|---|---|
| 81.75 | 38 | 101 |
| 81.8125 | 64 | 90 |
| 76 | 76 | 76 |
| 78 | 54 | 102 |
| 79 | 70 | 88 |
| 89 | 89 | 89 |
| 76.0256 | 55 | 101 |
| 92.25 | 86 | 99 |
| 71 | 63 | 79 |
| 77.6 | 52 | 92 |
| 84.6 | 54 | 100 |
| 76 | 76 | 76 |



Gender

Total: 886

M     F

# of Deaths

## Death Demographics

COVID-19 death data by municipality, age, gender, race and date of report.

View Dashboard



Montgomery County

Translate                                                                 Share

 COVID-19 Main Page     Testing Information     Vaccine Information     Press Conferences

Hotline hours: Monday - Saturday (8 a.m. – 8 p.m.)
Email: COVID19@montcopa.org

Explore Feeds     Manage Privacy

Translate                                                    Share