IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as a parent of CHILD DOE 3 and on behalf of those similarly situated,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PERKIOMEN VALLEY SCHOOL DIST., JASON SAYLOR, MATTHEW DORR, ROWAN KEENAN, DON FOUNTAIN, KIM MARES, REENA KOLAR, SARAH EVANS-BROCKETT, LAURA WHITE, and TAMMY CAMPLI,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br>NO.  22-cv-287 |

## O R D E R

**AND NOW**, this 14th day of March, 2022, upon consideration of Defendants' Motion to Dissolve the Preliminary Injunction or in the Alternative Stay Implementation of the Preliminary Injunction (ECF No. 45), Defendants' Response in Support (ECF No. 50), and Plaintiff's Response in Opposition (ECF No. 54), **IT IS HEREBY ORDERED** that the February 7, 2022 preliminary injunction (ECF No. 39) is **DISSOLVED WITHOUT PREJUDICE** to Plaintiffs' filing a renewed motion for injunctive relief should circumstances change such that the Perkiomen Valley School District's masking policies are no longer consistent with CDC guidance and Montgomery County COVID-19 Community Levels.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**
_____

**WENDY BEETLESTONE, J.**