# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own Capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own Capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as parent of CHILD DOE 3 on on behalf of simiarly situated,<br><br>　　　　　　　　Plaintiffs<br>　　v.<br><br>PERKIOMEN VALLEY SCHOOL DISTRICT, a Pennsylvania governmental entity, JASON SAYLOR, MATTHEW DORR, ROWAN KEENAN, DON FOUNTAIN, KIM MARES, REENA KOLAR, SARAH EVANS-BROCKETT, LAURA WHITE and TAMMY CAMPLI, all Individual elected offices sued in their official capacity as members of the BOARD OF SCHOOL DIRECTORS OF THE PERKIOMEN VALLEY SCHOOL DISTRICT, a Pennsylvania elected legislative body,<br>　　　　　　　　Defendants. | CIVIL ACTION NO. 2:22-cv-00287 |

## SCHEDULING ORDER

**AND NOW**, this 15th day of March 2022, upon consideration of the written submissions of the parties, **IT IS ORDERED** as follows:

1. Defendants shall file a Motion to Dismiss on or before April 12, 2022.

2. Plaintiffs shall file their response to Defendants' Motion to Dismiss on or before April 30, 2022.

3. All fact discovery shall be completed on or before September 14, 2022.

4. Any expert reports are due no later than October 14, 2022. If an expert report is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve such report on counsel for every other party no later than November 14, 2022. Any replies to rebuttal reports are due on December 1, 2022.

5. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses, serve opposing parties with details and/or documents covering the lay opinions of the Rule 701 witnesses.

6. Any discovery depositions of expert witnesses shall be completed by December 22, 2022.

7. If the parties do not plan on filing *Daubert* motions, they shall so report to the Court (Chambers) on or before January 20, 2023.

8. Any *Daubert* motions shall be filed and served on or before January 20, 2023.

9. Any responses to *Daubert* motions shall be filed and served on or before February 3, 2023.

10. Any reply briefs regarding *Daubert* motions shall be filed and served on or before February 10, 2023.

11. Any motions for summary judgment shall be filed and served on or before April 10, 2023. If the parties do not plan on filing summary judgment motions, they shall so report to the Court (Chambers) on or before April 10, 2023.

12. Responses to motions for summary judgment shall be filed and served on or before May 2, 2023.

13. Reply memoranda regarding summary judgment motions shall be filed and served on or before May 8, 2023.

14. Plaintiffs shall file and serve their opening class certification brief on July 10, 2023.

15. Defendants shall file and serve their response to Plaintiffs' opening class certification brief on or before July 31, 2023.

16. Plaintiffs shall file and serve their reply brief in support of class certification on or before August 7, 2023.

17. Oral argument on Plaintiffs' motion for class certification shall be held on August 21, 2023, at 10:00 a.m. The parties shall contact Chambers on the day before the argument to find out which courtroom will be used.

18. For all filings submitted and conferences held pursuant to this scheduling order, and for all pretrial and trial proceedings referred to herein, counsel shall follow Judge Beetlestone's Policies and Procedures, a copy of which can be found online at www.paed.uscourts.gov.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

WENDY BEETLESTONE, J.