# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own Capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own Capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as parent of CHILD DOE 3 on on behalf of simiarly situated,<br><br>                Plaintiffs<br><br>v.<br><br>PERKIOMEN VALLEY SCHOOL DISTRICT, a Pennsylvania governmental entity, JASON SAYLOR, MATTHEW DORR, ROWAN KEENAN, DON FOUNTAIN, KIM MARES, REENA KOLAR, SARAH EVANS-BROCKETT, LAURA WHITE and TAMMY CAMPLI, all Individual elected offices sued in their official capacity as members of the BOARD OF SCHOOL DIRECTORS OF THE PERKIOMEN VALLEY SCHOOL DISTRICT, a Pennsylvania elected legislative body,<br><br>                Defendants. | CIVIL ACTION NO. 2:22-cv-00287 |

## DEFENDANTS' MOTION TO DISMISS

Defendants the Perkiomen Valley School District ("District"), Jason Saylor, Matthew Dorr, Rowan Keenan, Don Fountain, Kim Mares, Reena Kolar, Sarah Evans-Brockett, Laura White, and Tammy Campli, by and through their attorneys Fox Rothschild LLP, respectfully move before this Court to dismiss Plaintiffs' First Amended Complaint.

In support of their Motion, Defendants rely upon the contemporaneously filed Brief in Support of Defendants' Motion to Dismiss.

        Respectfully submitted,

        **FOX ROTHSCHILD LLP**

    By: /s/ *Brian E. Subers*
       Brian E. Subers, Esquire
       Beth N. Shore, Esquire
       W. Christian Moffitt, Esquire
       10 Sentry Parkway, Suite 200
       P.O. Box 3001
       Blue Bell, PA 19422-3001
       Telephone:  (610) 397-6500
       Fax:  (610) 397-0450
       bsubers@foxrothschild.com
       *Counsel for Defendants*

Dated:  May 26, 2022