

980 Jolly Road
 Suite 110, PO Box 3001
Blue Bell, PA 19422-3001
Tel (610) 397-6500  Fax (610) 397-0450
www.foxrothschild.com

BRIAN E. SUBERS
Direct No:  610.397-6516
Email: BSubers@FoxRothschild.com

August 30, 2022

**VIA ECF**
The Hon. Wendy Beetlestone, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

    **Re:**    **Doe 1, et al v. Perkiomen Valley School District, et al.**
            **Docket No. 2:22-cv-00287**

Dear Judge Beetlestone:

    Pursuant to Your Honor's August 18, 2022 Order, Defendants' response to Plaintiffs' Motion for Attorneys' Fees and Costs is due today. For the convenience of the Court's consideration of Defendants' arguments, Defendants included some of the billing entries from Plaintiffs' pages of invoices within the body of Defendants' brief. As a result, Defendants' brief exceeds the 30-page limit prescribed in Your Honor's Policies and Procedures. Defendants therefore respectfully request permission to file an overlength brief totaling no more than 35 pages, excluding tables.

    Thank you for your kind consideration of this request.

Respectfully submitted,

*Brian E. Subers* (signature)

Brian E. Subers, Esquire

Cc: All counsel of record (via ECF)

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington

137420285.1