**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE 1 and JANE DOE 1, in their own capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as a parent of CHILD DOE 3 and on behalf of those similarly situated,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| **v.** | **NO.  22-cv-287** |
| **PERKIOMEN VALLEY SCHOOL DIST., JASON SAYLOR, MATTHEW DORR, ROWAN KEENAN, DON FOUNTAIN, KIM MARES, REENA KOLAR, SARAH EVANS-BROCKETT, LAURA WHITE, and TAMMY CAMPLI,** | |
| **Defendants.** | |

**O R D E R**

AND NOW, this 2nd day of September, 2022, upon consideration of Plaintiffs' Motion

for Attorneys' Fees and Costs (ECF No. 84), and Defendants' Opposition (ECF No. 91), it is

**HEREBY ORDERED THAT** Plaintiffs' Motion is **DENIED**.

**BY THE COURT:**

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**